EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2020 TSPR 53      |
|                            |                   |
| Ricardo Pacheco Pacheco    | 204 DPR _____     |

Número del Caso:  TS-10,797


Fecha:  8 de julio de 2020

Abogado de la parte peticionaria:

        Lcdo. Héctor Lugo Quiñones

Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ricardo Pacheco Pacheco

TS-10,797

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de julio de 2020.

Examinada la *Moción cumpliendo orden y solicitud de reinstalación* y la *Moción sometiendo certificación de cumplimiento* que presentó el Sr. Ricardo Pacheco Pacheco, se provee ha lugar. En consecuencia, se reinstala al Sr. Ricardo Pacheco Pacheco al ejercicio de la abogacía.

Además, en vista de la reinstalación del Sr. Ricardo Pacheco Pacheco (peticionario) al ejercicio de la abogacía, se instruye a la Secretaría de este Tribunal a reactivar las quejas AB-2012-469, AB-2012-481, AB-2013-423, AB-2014-210 y AB-2014-418 que habían sido archivadas administrativamente ante la suspensión del peticionario.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente y hace constar la expresión siguiente: "El Juez Asociado señor Martínez Torres denegaría en esta etapa la solicitud de reinstalación, hasta tanto se complete el trámite de las quejas que se archivaron administrativamente al momento de la suspensión del señor Pacheco Pacheco. Así, en protección del interés público, nos aseguraríamos de que no hay ningún impedimento ético que impida que el abogado reobtenga su licencia. Si seguimos ese proceso al evaluar, por conducto de

nuestra Comisión de Reputación, la idoneidad ética de los abogados de nuevo ingreso, debemos asegurarnos de hacer lo mismo en el caso de un reingreso a la práctica de la abogacía. Evitamos así la posibilidad de reinstalar una licencia para tener que suspenderla otra vez por un asunto conocido al momento de la reinstalación, y protegemos al público del daño que ello pudiera causarle. Ambas situaciones presentan solicitudes de un abogado para que se le otorgue una licencia profesional y por eso, deben recibir el mismo trato". El Juez Asociado señor Colón Pérez no intervino.


                                        José Ignacio Campos Pérez
                                        Secretario del Tribunal Supremo